UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANGUARD AUTOMOTIVE DESIGN LLC and
CHRISTOPHER GLIEMANN,

                    Plaintiffs,

              - against -

NICHOLAS APICELLA and RESONIX SOUND
SOLUTIONS, INC.,

                    Defendants.

**ORDER**

23-CV-05335 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court held a conference on July 26, 2023 and heard argument on Plaintiff's motion for a preliminary injunction. A Civil Case Discovery Plan and Scheduling Order setting forth the discovery schedule governing this case will be docketed separately.

      As stated on the record:

1. The Court, on consent of the parties, deems withdrawn Plaintiff's motion for a preliminary injunction and Defendant's application for sanctions.

2. The Court grants Defendants' request for an extension of time to answer the Complaint and Defendant Resonix Sounds Solutions, Inc. waives service of the Summons. Defendants shall file an Answer to the Complaint by **August 9, 2023**.

3. The parties are directed to meet and confer once a month, in-person with their clients present, to discuss settlement. Following each meet and confer, the parties shall file a joint letter informing the Court on the status of the settlement discussions.

                                    **SO ORDERED.**

Dated: White Plains, New York
           July 26, 2023

                                    PHILIP M. HALPERN
                                    United States District Judge