UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANGUARD AUTOMOTIVE DESIGN LLC
and CHRISTOPHER GLIEMANN,

                Plaintiffs,

- against -

NICHOLAS APICELLA, et al.,

                Defendants.

**ORDER**

23-CV-05335 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a conference on October 26, 2023. As stated on the record, the Court made the following rulings:

1. Plaintiffs shall, by October 27, 2023 at 5:00 p.m., produce to Defendants the video of Defendant Nicholas Apicella referenced during the conference.

2. The parties shall, by October 27, 2023, file a proposed order and stipulation acknowledging that the Vanguard Automotive Design LLC website domain shall be transferred without prejudice to Defendants' asserting an entitlement to money damages arising from that transfer. Defendants shall, by October 27, 2023, and once the order and stipulation is signed by the parties and filed, turn over all right, title, and interest in the website domain associated with Vanguard Automotive Design LLC.

3. Plaintiffs shall make available at a reasonable time and place and Defendants shall, by October 31, 2023, pick up the items numbered 1 through 73 in the Affidavit of Nicholas Apicella (Doc. 9-1), except for the items numbered 6, 18, 21, 47, 49, 50, 51, 55, 66, 67, and 71, which Plaintiffs' counsel stated on the record that Plaintiffs were unwilling to

turn over to Defendants despite the Court's October 5, 2023 Order (Doc. 43) directing them to do so.

4. The parties shall meet and confer, on October 27, 2023, regarding Plaintiffs' (a) initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and (b) responses to Defendants' first set of document demands. Plaintiffs shall produce its initial disclosures and document demand responses by November 10, 2023.

5. Plaintiffs shall produce Mr. Christopher Gliemann for deposition, at a mutually agreed time and place, on or before November 30, 2023.

6. The parties shall meet and confer regarding the two sets of interrogatory responses provided by Plaintiffs.

**SO ORDERED.**

Dated: White Plains, New York
October 27, 2023

_____
PHILIP M. HALPERN
United States District Judge