UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANGUARD AUTOMOTIVE DESIGN LLC and CHRISTOPHER GLIEMANN,<br><br>                    Plaintiffs,<br><br>      - against -<br><br>NICHOLAS APICELLA, et al.,<br><br>                    Defendants. | **ORDER**<br><br>23-CV-05335 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The Court held a conference on November 30, 2023. As stated on the record, the Court made the following rulings:

1. The discovery deadline is extended to February 15, 2024.

2. The parties shall, by December 13, 2023, file a joint letter proposing a discovery schedule. The discovery deadline for the proposed discovery schedule shall not be later than February 15, 2024.

3. The Court inadvertently scheduled the next case management on February 18, 2024, which is a Sunday. The next case management conference shall instead be held on **February 26, 2024 at 2:30 p.m.** in Courtroom 520 of the White Plains Courthouse.

                                                    **SO ORDERED.**

Dated: White Plains, New York
         November 30, 2023

                                                      _____
                                                      PHILIP M. HALPERN
                                                      United States District Judge